

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00375-CV

**IN RE** Paul **DANIEC**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
              Adrian A. Spears II, Justice
              Velia J. Meza, Justice

Delivered and Filed: June 17, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Paul Daniec, filed his petition for writ of mandamus and accompanying record on May 8, 2026. Having considered the petition and the record, this court has determined that Daniec has not established that he is entitled to the relief sought. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2020-CI-19052, styled *In the Matter of the Marriage of P.M.D. and P.A.D.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.